**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1525**

GEORGE CLEVELAND,

        Plaintiff – Appellant,

    v.

SENECA SC, CITY OF; BONNIE L. MOSES, individually and in her official capacity as election manager, director, poll worker for the City of Seneca SC; RICK LACEY, individually and in his official capacity as Seneca Recreation Department Director; TERRY F. MULLIKIN, individually and in his official capacity as groundsman employed by the Seneca Recreation Department; RONNIE O'KELLY, Mayor Pro Tem for the City of Seneca individually and in his official capacity; SENECA POLICE DEPARTMENT; JOHN COVINGTON, individually and in his official capacity as Police Chief for the City of Seneca; JOHN DOES, in their official capacity as Police Officers for the City of Seneca,

        Defendants – Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., Senior District Judge. (8:09-cv-00626-HMH)

Submitted: December 21, 2010      Decided: January 3, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Cleveland, Appellant Pro Se. James Dean Jolly, Jr., LOGAN, JOLLY & SMITH, LLP, Anderson, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland appeals the district court's order accepting the magistrate judge's recommendation and denying relief on Cleveland's 42 U.S.C. § 1983 (2006) complaint, and a subsequent order denying Cleveland's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cleveland v. Seneca SC</u>, No. 8:09-cv-00626-HMH (D.S.C. Mar. 23, 2010; Apr. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>